IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA,  EASTERN DIVISION


JERRY MORGAN and          )
EMMA MORGAN,              )
                         )
     Plaintiffs,          )
                         )        CIVIL ACTION NO.
     v.                   )         3:07cv276-MHT
                         )
STANLEY SHAW and          )
GORDON BROWN,            )
                         )
     Defendants.          )

ORDER

It is ORDERED that plaintiffs show cause, if any there be, in writing by April 20, 2007, as to why defendant Gordon Brown should not be dismissed, pursuant to the notice of removal (Doc. No. 1), as fraudulently joined.

DONE, this the 4th day of April, 2007.


     /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE