IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| JERRY MORGAN and EMMA MORGAN, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) | CIVIL ACTION NO. 3:07cv276-MHT |
| STANLEY SHAW and GORDON BROWN, | ) ) ) |
| Defendants. | ) |

ORDER

It is ORDERED that the motion to remand (Doc. No. 7) is set for submission, without oral argument, on April 23, 2007, with all briefs due by said date.

DONE, this the 20th day of April, 2007.

　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　UNITED STATES DISTRICT JUDGE